# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AQUATECH CORPORATION,<br><br>    Plaintiff<br><br>v.<br><br>CLARK BUILDING GROUP, INC., et al.,<br><br>    Defendants | Case No.: 2:24-cv-00601-APG-DJA<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendants Clark Building Group, Inc. and Clark Olsen's certificate of interested parties (ECF No. 11) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the citizenship of each defendant.

I FURTHER ORDER these parties to file a proper certificate of interested parties by July 8, 2024.

DATED this 24th day of June, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE