**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AQUATECH CORPORATION,<br><br>  Plaintiff<br><br>v.<br><br>CLARK BUILDING GROUP, INC., et al.,<br><br>  Defendants | Case No.: 2:24-cv-00601-APG-DJA<br><br>**Order Denying Motion for Clerk's Entry of Default** |

I ORDER that the plaintiff's motion for entry of clerk's default (ECF No. 9) is DENIED as the defendants have now appeared in this action.

DATED this 25th day of June, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE