UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AQUATECH CORPORATION,<br><br>　　　Plaintiff<br><br>v.<br><br>CLARK BUILDING GROUP, INC., et al.,<br><br>　　　Defendants | Case No.: 2:24-cv-00601-APG-DJA<br><br>**Order** |

In light of plaintiff Aquatech Corporation's notice of request to transfer (ECF No. 18),

I ORDER the clerk of court to transfer this case to the United States District Court for the Eastern District of Virginia.

DATED this 14th day of August, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE